HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

    v.

RICHARD A. FINGER, JR., et al.

    Defendants.

CASE NO. C11-1479RAJ

ORDER

    The court has received the consents of Defendants Richard A. Finger, Jr. and Black Diamond Securities, LLC to the entry of judgment against them. The court directs the clerk to enter judgment for Plaintiff in substantially the form to which the parties have agreed, and to TERMINATE this civil action.

    DATED this 9th day of October, 2012.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 1